J. Randall Jones (#1927)
r.jones@kempjones.com
Spencer H. Gunnerson (#8810)
s.gunnerson@kempjones.com
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000

Timothy C. Meece
tmeece@bannerwitcoff.com
Michael J. Harris
mharris@bannerwitcoff.com
Audra C. Eidem Heinze
aheinze@bannerwitcoff.com
BANNER & WITCOFF, LTD.
Ten South Wacker Drive, Suite 3000
Chicago, Illinois 60606-7407
Telephone: (312) 463-5000
*Attorneys for Plaintiff Bally Gaming, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BALLY GAMING, INC.<br><br>Plaintiff,<br><br>v.<br><br>ARISTOCRAT TECHNOLOGIES, INC., VIDEO GAMING TECHNOLOGIES, INC., AND ARISTOCRAT LEISURE LIMITED<br><br>Defendants. | Case No.:  2-16-cv-02359-JCM-CWH<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, Bally Gaming, Inc. ("Bally Gaming"), pursuant to LR II 7-1, files this Unopposed Motion and [Proposed] Order to Extend the Deadline for Defendants to Answer or Otherwise Respond to the Complaint. This is the first request to extend the deadline. This request is made before, not after, Defendants' current deadline of November 4, 2016, to respond to the Complaint.

Bally Gaming filed its Complaint on October 10, 2016. Bally Gaming served the

1

Complaint and summonses on Defendants on October 14, 2016. The deadline for Defendants to answer or otherwise respond to the Complaint is currently November 4, 2016.

    The parties believe the litigation of this matter will be best served by extending the deadline for Defendants to answer or otherwise respond to the Complaint by thirty days so that Defendants may have additional time to investigate the claims of the Complaint. Because an attorney for Defendants has not yet made an appearance in this case, Bally Gaming files this motion to extend the deadline as an unopposed motion.

    Thus, for the reasons set forth above, Bally Gaming respectfully requests that this Court grant its request to continue the deadline for Defendants to answer or otherwise respond to the Complaint by thirty days up to and including December 4, 2016.

Dated: October 25, 2016

/s/ Spencer H. Gunnerson
J. Randall Jones (#1927)
Spencer H. Gunnerson (#8810)
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, Nevada 89169
Tel: (702) 385-6000

Timothy C. Meece
Michael J. Harris
Audra C. Eidem Heinze
BANNER & WITCOFF, LTD.
Ten South Wacker Drive, Suite 3000
Chicago, Illinois 60606-7407
Tel: (312) 463-5000
*Attorneys for Plaintiff Bally Gaming, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED: October 31, 2016