UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BALLY GAMING, INC.,  )   Case No. 2:16-cv-02359-JCM-CWH
      Plaintiff,  )
  v.  )
ARISTOCRAT TECHNOLOGIES, INC., et al,  )   **ORDER**
      Defendants.  )

Presently before the court is the parties' stipulation to extend the deadline for Defendant Video Gaming Technologies (VCG) to answer or otherwise respond to the complaint (ECF No. 17), filed on December 2, 2016.

The parties request that the court extend the deadline for VGT to answer the complaint until after the court rules on a motion to dismiss that the other Defendants in this matter intend to file. This is the second request for an extension for VGT to answer the complaint.

Federal Rule of Civil Procedure 6(b) allows the court to extend deadlines to answer for good cause. However, the parties have not shown that good cause exists for an open-ended extension of this deadline.

IT IS THEREFORE ORDERED that the parties' stipulation for extension of time (ECF No. 17) is DENIED.

DATED: December 5, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge