J. Randall Jones (Nev. Bar No. 1927)
r.jones@kempjones.com
Spencer H. Gunnerson (Nev. Bar No. 8810)
s.gunnerson@kempjones.com
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000

Timothy C. Meece (*admitted pro hac vice*)
tmeece@bannerwitcoff.com
Michael J. Harris (*admitted pro hac vice*)
mharris@bannerwitcoff.com
Audra C. Eidem Heinze (*admitted pro hac vice*)
aheinze@bannerwitcoff.com
BANNER & WITCOFF, LTD.
Ten South Wacker Drive, Suite 3000
Chicago, Illinois 60606-7407
Telephone: (312) 463-5000

*Attorneys for Plaintiff Bally Gaming, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BALLY GAMING, INC.<br><br>Plaintiff,<br><br>v.<br><br>ARISTOCRAT TECHNOLOGIES, INC., VIDEO GAMING TECHNOLOGIES, INC., AND ARISTOCRAT LEISURE LIMITED<br><br>Defendants. | Case No.: 2-16-cv-02359-JCM-CWH<br><br>JOINT STIPULATION AND ORDER OF DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Bally Gaming, Inc. ("Bally") and Defendants Aristocrat Technologies, Inc. ("ATI"), Video Gaming Technologies, Inc. ("VGT"), and Aristocrat Leisure Limited ("ALL") (ATI, VGT, and ALL collectively, "Aristocrat") (Bally and Aristocrat collectively, the "Parties"), by and through their respective

1

counsel, hereby agree and stipulate as follows:

1. Bally filed a Complaint in this matter on October 10, 2016. ECF No. 1.

2. VGT filed an Answer on January 4, 2017. ECF No. 26. ATI and ALL filed Motions to Dismiss on December 5, 2016. ECF Nos. 21, 22.

3. The Parties have reached a settlement of all disputes in this case (the "Settlement Agreement"). As part of the Settlement Agreement, the Parties have agreed to dismiss all claims in this case with prejudice.

WHEREFORE, pursuant to the Settlement Agreement, the Parties respectfully request that the Court approve this stipulation and order as follows: (1) all claims asserted by the Parties in any pleading in this action are dismissed with prejudice; (2) no Party shall be deemed a "prevailing party" within the meaning of Federal Rule of Civil Procedure 54 or Local Rule 54-1;

/ / /

/ / /

/ / /

(3) each Party shall bear its own costs, disbursements and attorneys' fees; and (4) this Court shall retain exclusive jurisdiction to enforce the Settlement Agreement and this Order of Dismissal.

RESPECTFULLY SUBMITTED this 3rd day of May, 2017.

| For Plaintiff Bally Gaming, Inc. | For Defendants Aristocrat Technologies, Inc., Video Gaming Technologies, Inc. and Aristocrat Leisure Limited: |
|---|---|
| /s/ *Spencer H. Gunnerson* | /s/ *Nicholas J. Santoro* |
| J. RANDALL JONES (#1927)<br>SPENCER H. GUNNERSON (#8810)<br>KEMP, JONES & COULTHARD, LLP<br>3800 Howard Hughes Pkwy, 17th Floor<br>Las Vegas, Nevada 89169<br>Tel: (702) 385-6000<br><br>TIMOTHY C. MEECE<br>MICHAEL J. HARRIS<br>AUDRA C. EIDEM HEINZE<br>BANNER & WITCOFF, LTD.<br>Ten South Wacker Drive, Suite 3000<br>Chicago, Illinois 60606-7407<br>Tel: (312) 463-5000 | NICHOLAS J. SANTORO (#532)<br>SANTORO WHITMIRE, LTD.<br>10100 W. Charleston Blvd., Suite 250<br>Las Vegas, Nevada 89135<br>Tel: (702) 948-8771<br><br>ROBERT T. HASLAM<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Tel: (650) 632-4700<br><br>GARY M. RUBMAN<br>PETER A. SWANSON<br>COVINGTON & BURLING LLP<br>One CityCenter, 850 Tenth Street, NW<br>Washington, DC 20001<br>Tel: (202) 662-6000 |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 4, 2017